UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JOHNNIE HARVEY,

        Plaintiff,

- against -

THE CITY OF NEW YORK, et al.,

        Defendants.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/14

ORDER OF
DISCONTINUANCE

13 Civ. 3375 (SAS)

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

      The parties having notified the Court that they have reached a resolution of this action, IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within thirty (30) days of the date of this Order, counsel for either side may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored. The Clerk of the Court is directed to close this case.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
           June 13, 2014

## - Appearances -

**For Plaintiff:**

Christopher James Donadio, Esq.
Burns & Harris
233 Broadway
Suite 900
New York, NY 10279
(212) 393-1000

**For Defendants:**

Jenny Sue-Ya Weng
Liza Jin Kyung Sohn
Assistant Corporation Counsel
New York City Law Department
100 Church Street
New York, NY 10007
(212) 788-1277